| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>*Attorneys for Plaintiffs*<br><br>(Additional Counsel Listed on Signature Page)<br><br>**HOGAN LOVELLS US LLP**<br><br>Vassi Iliadis (Bar No. 296382)<br>vassi.iliadis@hoganlovells.com<br>1999 Avenue of the Stars, Suite 140<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br><br>*Attorneys for Defendants*<br>*Laboratory Corporation of America and*<br>*Laboratory Corporation of America Holdings* | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Douglas I. Cuthbertson (*pro hac vice*)<br>dcuthbertson@lchb.com<br>Margaret J. Mattes (*pro hac vice*)<br>mmattes@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>**HOGAN LOVELLS US LLP**<br><br>Allison Holt Ryan (*pro hac vice*)<br>allison.holt-ryan@hoganlovells.com<br>Adam A. Cooke (*pro hac vice*)<br>adam.a.cooke@hoganlovells.com<br>555 Thirteenth Street NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE HOWARD, YADIRA YAZMIN HERNANDEZ, and DEBORAH REYNOLDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, LABORATORY CORPORATION OF AMERICA HOLDINGS, and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 3:23-cv-02773-WHO<br><br>**STIPULATION TO TRANSFER THIS ACTION TO THE MIDDLE DISTRICT OF NORTH CAROLINA PURSUANT TO 28 U.S.C. § 1406(a) AND [~~PROPOSED~~] ORDER** |

Plaintiffs Connie Howard, Yadira Yazmin Hernandez, and Deborah Reynolds, ("Plaintiffs"), and Defendants Laboratory Corporation of America, and Laboratory Corporation of America Holdings ("Labcorp") (collectively, the "Moving Parties,"), stipulate, and request that the Court order pursuant to their stipulation, as follows:

WHEREAS, on June 5, 2023, Plaintiffs filed a class action complaint against Labcorp and Defendant Meta Platforms, Inc. ("Meta" and the "Action"), which Plaintiffs identified as related to *In Re Meta Pixel Healthcare Litigation*, 3:22-cv-3580-WHO-VKD (the "Consolidated Action") (*see* Dkts. 1 (complaint) & 1-1 (civil cover sheet));

WHEREAS, on July 26, 2023, Plaintiffs and the parties in the Consolidated Action jointly moved the Court to relate the Action to the Consolidated Action, so that the claims against Meta could be consolidated with the Consolidated Action (*see* the Consolidated Action, Dkt. 289); [1]

WHEREAS, on July 26, 2023, Meta – with the Moving Parties' consent – moved to sever the claims against Meta in the Action so that they could be related to and consolidated with the Consolidated Action (*see* Dkt. 33);

WHEREAS, on August 16, 2023, the Court related the Action to the Consolidated Action (*see* Dkt. 39; *see also* the Consolidated Action, Dkt. 299);

WHEREAS, on August 23, 2023, the Court granted Meta's unopposed motion to sever Plaintiffs' claims against Meta into the Consolidated Action, leaving behind Plaintiffs' claims against Labcorp in the Action (*see* Dkt. 52);

WHEREAS, on August 23, 2023, Labcorp filed a motion to dismiss Plaintiffs' claims against Labcorp arguing, among other things, that this Court lacks personal jurisdiction over Labcorp, "a Delaware corporation with its headquarters in Burlington, North Carolina." (*see* Dkt. 53 at 1, 3, 5-9);

WHEREAS, Burlington, North Carolina is located within the Middle District of North Carolina;

---

[1] Labcorp is not a party in the Consolidated Action.

WHEREAS, Plaintiffs believe the Court can exercise personal jurisdiction over Labcorp, but also believe that transferring the Action to the Middle District of North Carolina now is in the best interest of putative class members and that a transfer will save judicial resources; and

WHEREAS, any transfer would result in the adjudication of Labcorp's claims in the Middle District of North Carolina, but would not disturb the Court's previous ruling severing and consolidating Plaintiffs' claims against Meta into the Consolidated Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Moving Parties (Plaintiffs and Defendant Labcorp), through their respective counsel and subject to the Court's approval, that:

1. This Action be transferred to the Middle District of North Carolina pursuant to 28 U.S.C. § 1406(a).

Dated: August 31, 2023    Respectfully submitted,

By: /s/ *Douglas I. Cuthbertson*
Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
Margaret J. Mattes (*pro hac vice*)
mmattes@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Michael W. Sobol (SBN 194857)
msobol@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Brian Levin
brian@levinlawpa.com
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
Telephone: 305.539.0593

Matthew R. Wilson (SBN 290743)
mwilson@meyerwilson.com
MEYER WILSON, P.A.
305 W. Nationwide Blvd
Columbus, Ohio 43215
Telephone: 614.224.6000

*Attorneys for Plaintiffs*

By: /s/ *Allison Holt Ryan*
Allison Holt Ryan (pro hac vice)
allison.holt-ryan@hoganlovells.com
Adam A. Cooke (pro hac vice)
adam.a.cooke@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Vassi Iliadis (Bar No. 296382)
vassi.iliadis@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 140
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for Defendants*
*Laboratory Corporation of America and Laboratory*
*Corporation of America Holdings*

**[PROPOSED] ORDER TO TRANSFER PLAINTIFFS' CLAIMS AGAINST DEFENDANTS LABORATORY CORPORATION OF AMERICA AND LABORATORY CORPORATION OF AMERICA HOLDINGS TO THE MIDDLE DISTRICT OF NORTH CAROLINA PURSUANT TO 28 U.S.C. § 1406(a)**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 1, 2023

_____
Hon. William H. Orrick
United States District Judge

**ATTESTATION REGARDING SIGNATURES**

I, Douglas I. Cuthbertson, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 31, 2023        By:   */s/ Douglas I. Cuthbertson*
                                                                          Douglas I. Cuthbertson

# CERTIFICATE OF SERVICE

I, Douglas I. Cuthbertson, certify that I caused the foregoing document to be served on all counsel for all parties to this action by filing it through the Court's ECF system.

DATED: August 31, 2023          By:   */s/ Douglas I. Cuthbertson*
                                            Douglas I. Cuthbertson