IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CONNIE HOWARD, YADIRA YAZMIN HERNANDEZ, and DEBORAH REYNOLDS, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendants. | Case No. 1:23-cv-758-WO-JEP<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES** |

Plaintiffs Connie Howard, Yadira Yazmin Hernandez, and Deborah Reynolds ("Plaintiffs") and Defendants Laboratory Corporation of America and Laboratory Corporation of America Holdings ("Defendants") (collectively, the "Parties") hereby notify the Court that on January 15, 2026, the Parties reached an agreement in principle to settle all claims in the above-captioned action. The Parties have agreed: (i) to use reasonable efforts, acting in good faith, to finalize and execute a formal settlement agreement within forty (40) days, and (ii) for Plaintiffs to file a motion for preliminary approval of the proposed settlement within forty-five (45) days of executing the settlement agreement.

Accordingly, the Parties respectfully request that the Court vacate all current deadlines, including the deadline to file their Supplemental Local Rule 5.5 Report, currently set on January 16, 2026.

Dated: January 15, 2026

Respectfully submitted,

*/s/ Douglas I. Cuthbertson*

Douglas Ian Cuthbertson
Margaret Mattes Becko
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Email: dcuthbertson@lchb.com
 mbecko@lchb.com

Michael W. Sobol
Michael K. Sheen
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111
Email: msobol@lchb.com
 msheen@lchb.com

Brian Levin
Levin Law P.A.
2665 S. Bayshore Drive, Ste Ph2b
Miami, FL 33133
Email: brian@levinlawpa.com

3401429.2

Matthew Ryan Wilson.
Meyer Wilson Co., LPA
305 W Nationwide Blvd
Columbus, OH 43215
Email: mwilson@meyerwilson.com

Daniel C. Lyon
Elliot Morgan Parsonage, PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203
Email: dlyon@emplawfirm.com

*Counsel for Plaintiffs and the Proposed Class*


/s/ Scott E. Bayzle
--- 
Scott E. Bayzle (N.C. Bar No. 33811)
Corri A. Hopkins (N.C. Bar No. 54856)
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Email:  scottbayzle@parkerpoe.com
            corrihopkins@parkerpoe.com

Allison Holt Ryan (*specially admitted*)
Adam A. Cooke (*specially admitted*)
Aidan J. Coleman (*specially admitted*)
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: (202) 637-5600
Email: allison-holt-ryan@hoganlovells.com
            adam.a.cooke@hoganlovells.com
            aidan.coleman@hoganlovells.com

*Attorneys for Defendants Laboratory Corporation of America and Laboratory Corporation of America Holdings*

3401429.2