**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| CONNIE HOWARD, YADIRA YAZMIN HERNANDEZ, and DEBORAH REYNOLDS, on behalf of themselves and all other persons similarly situated,<br>Plaintiffs,<br>v.<br><br>LABORATORY CORPORATION OF AMERICA and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br>Defendants. | Case No. 1:23-cv-758-WO-JEP<br><br>**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Connie Howard, Yadira Yazmin Hernandez, and Deborah Reynolds ("Plaintiffs"), on behalf of themselves and all other persons similarly situated, respectfully move the Court under Federal Rule of Civil Procedure 23 to do the following: (1) find it will likely be able to approve the parties' Class Action Settlement Agreement and Release (the "Settlement");[1] (2) find it will likely certify the Settlement Class (i.e., the California Settlement Class and the Pennsylvania Settlement Class) for settlement purposes; (3) appoint Plaintiffs Connie Howard and Yadira Yazmin Hernandez as Settlement Class Representatives for the California Settlement Class, and Plaintiff Deborah Reynolds as Settlement Class Representative for the Pennsylvania

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Settlement.

Settlement Class; (4) appoint Douglas I. Cuthbertson of the law firm Lieff Cabraser Heimann & Bernstein, LLP, Matthew R. Wilson of the law firm Meyer Wilson Werning Co., LPA, and Brian Levin of the law firm Levin Law, P.A. as counsel for the Settlement Class; (5) authorize the manner and form of notice described in the accompanying memorandum of law and declaration from Epiq to the Settlement Class; and (6) set a schedule for final approval of the Settlement and Settlement Class Counsel's request for attorneys' fees and expenses.

This Unopposed Motion is supported by the Memorandum of Law, the Joint Declaration of Settlement Class Counsel ("Joint Decl."), the Declaration of Cameron R. Azari, Esq. (Epiq Class Action & Claims Solutions, Inc. & Epiq Legal Noticing) Regarding Notice Plan and the Declaration of Hunter Hughes, filed concurrently herewith, as well as all papers and records on file in the matter and such other matters as the Court may consider.

The parties consent to the entry of a Preliminary Approval Order without oral argument and respectfully note that the issues presented are fully briefed and may be resolved on the papers. The Parties are, of course, available for oral argument if requested by the Court.

Respectfully submitted,

Dated: April 16, 2026

*<u>/s/ Matthew R. Wilson</u>*
Matthew R. Wilson (*specially admitted*)
mwilson@meyerwilson.com
Jared W. Connors (*specially admitted*)

jconnors@meyerwilson.com
Ryne E. Tipton (*specially admitted*)
rtipton@meyerwilson.com
MEYER WILSON WERNING CO., LPA
305 W. Nationwide Blvd
Columbus, Ohio 43215
Telephone: 614.224.6000

Douglas I. Cuthbertson (*specially admitted)*
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500

Michael W. Sobol (*specially admitted*)
msobol@lchb.com
Michael K. Sheen (*specially admitted)*
msheen@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Brian Levin (*specially admitted*)
brian@levinlawpa.com
Brandon T. Grzandziel (*specially admitted*)
brandon@levinlawpa.com
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
Telephone: 305.539.0593

Daniel C. Lyon (State Bar No. 43828)
dlyon@emplawfirm.com
ELLIOT MORGAN PARSONAGE
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203
Telephone: 704.707.3705

*Counsel for Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I certify that on this day I served the foregoing Unopposed Motion for Preliminary Approval of Class Action Settlement to Defendants by filing it with the CM/ECF system, which has provided notice to all counsel of record for Defendants.

This 16th day of April 2026.

*/s/ Matthew R. Wilson*
Matthew R. Wilson

*Counsel for Plaintiffs and the Proposed Settlement Class*